UNITED STATE DISTRICT COURT
FOR THE DISTRIC OF COLUMBIA

Cina A. Ryan                           )
                                       )
         Plaintiff                     )
                                       )
U.S. DEPARTMENT OF JUSTICE             )    Civil Action No. 1:14-cv014-22-TSC
                                       )
         Defendant                     )

## Amended Affidavit in Opposition to Motion for Summary Judgment based on existing facts of the Complaint and Plaintiff's new discovery

### Amendment

Plaintiff Cina A. Ryan Pro Se, respectfully submits this Amendment to his previous affidavit filed on 8th December 2014 in support of his opposition to the Defendant U.S. Department of Justice's Motion for summary Judgment filed on 8th October 2014. Plaintiff is hereby adding paragraph 11- a, to second page of his affidavit.

11- a.   Plaintiff is requesting an order to compel FBI to search and cross reference search for recovery of his records and records referring to the Plaintiff's to be conducted under his name "Cina Ryan" Or "Cina A. Ryan" and the alternatives spelling of his name "Cina Rayan" "Cina A. Rayan" "Sina Ryan" "Sina A.Ryan" "Sina Rayan" "Sina A. Rayan" and his alias name "Alireza Shishechi".

Respectfully Submitted,

Sworn to me this ___9___ day of __December__ 2014

_____
NOTARY PUBLIC


JACQUELINE BAILEY-MOORE
District of Columbia Notary Public
My Commission Expires January 14, 2018



_____
Cina A. Ryan
5480 Wisconsin Avenue # 1214
Chevy Chase, Maryland. 20815
202-412-5444
srsina@yahoo.com

RECEIVED
DEC -9 2014
Clerk, U.S. District and
Bankruptcy Courts

## CERTIFICATE OF SERVICE

      I HERBY CERTIFY that on this 9th day of December, 2014 a copy of the foregoing **AMENDED AFFIDAVIT OF POINTS IN SUPPORT OF PLAINTIFF'S FOR OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** was mailed via certified post office mail to the Defendant, U.S. Department of Justice at.

U.S. Department of Justice
555 Fourth Street, N.W.
Washington DC. 20001

 

Cina A. Ryan, Pro Se Plaintiff
5480 Wisconsin Avenue # 1214
Chevy Chase, MD. 20815
202-412-5444
srsina@yahoo.com