IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CINA A. RYAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:14-cv-01422 |
| ) | |
| FEDERAL BUREAU OF ) | |
| INVESTIGATION and U.S. DEPARTMENT ) | |
| OF JUSTICE, ) | |
| ) | |
| Defendants. ) | |

**REPLY MEMORANDUM IN SUPPORT OF RENEWED MOTION FOR SUMMARY JUDGMENT OF DEFENDANT FEDERAL BUREAU OF INVESTIGATION**

Defendant, the Federal Bureau of Investigation ("FBI"), submits this Reply Memorandum in support of its Renewed Motion for Summary Judgment.

Responding to this Court's July 13, 2015 Memorandum Opinion and Order, on August 6, 2015, the FBI provided additional information concerning its conduct of searches for records responsive to Plaintiff Cina Ryan's FOIA request. That additional information appeared in the Fourth Declaration of David M. Hardy, which addressed the Court's questions concerning the FBI's search of its ELSUR database for responsive records. Hardy also informed the Court that the FBI had conducted an additional search for responsive records in its ELSUR system. In his declaration, Hardy also stated that the FBI's new searches using alternative spellings of Plaintiff's name had located no responsive records.  Hardy 4th Decl. ¶¶ 7-8.

Plaintiff's November 6, 2015 twenty-two page Memorandum of Points and Authorities in Opposition does not require a lengthy response because little in it addresses the adequacy of the

1

FBI's multiple searches for responsive documents. To the extent that this pleading addresses that question, it reiterates the Plaintiff's prior unfounded criticisms of the FBI's initial searches but ignores both the agency's explanation of its search efforts in the August 6, 2015 Declaration and the additional searches that the FBI conducted.

Instead, Plaintiff accuses the FBI of engaging in "mind control "and "thought-reading techniques." (Memorandum at 3). Without any supporting evidence, Plaintiff declares his "100 percent" certainty (Memorandum at 5) that the FBI possesses thousands of pages of responsive records, a proposition that would contradict its sworn declarations. He accuses the FBI of misleading this Court (Memorandum at 5) and attempting to assassinate him in concert with the Department of Homeland Security. (Memorandum at 6). And Plaintiff also accuses the Department of Homeland Security with implanting a microchip in his brain in January 2007. (Memorandum at10). He concludes by sharing his observations concerning "the biased ways of US Government officials and the judiciary system." (Memorandum at 15).

The FBI has shown that its efforts satisfied its obligations under FOIA. Because Plaintiff has offered no substantive basis to question the adequacy of those efforts, the Court should grant Defendant's Renewed Motion for Summary Judgment.

Respectfully submitted,

CHANNING D. PHILLIPS, D.C. Bar # 415793
United States Attorney for the District of Columbia

DANIEL F. VAN HORN, D.C. Bar # 924092
Civil Chief

By: /s/ Peter R. Maier
PETER R. MAIER, D.C. Bar # 966242
Special Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530

Dated: November 18, 2015

**Certificate of Service**

I hereby certify that I caused a copy of the foregoing Reply Memorandum to be served upon pro se Plaintiff by first class mail addressed to:

> Cina A. Ryan
> 5480 Wisconsin Avenue N.W.
> APT 1214
> Chevy Chase, MD 20815

on this 18th day of November 2015.

> s/ Peter R. Maier
> PETER R. MAIER, D.C. Bar # 966242
> Special Assistant United States Attorney
> 555 4th St., N.W.
> Washington, D.C. 20530
> (202) 252-2578